United States District Court
for the
Southern District of Florida

Terrance Justice, *et al.*, Plaintiffs )
)
v. ) Civil Action No. 14-80017-Civ-Scola
)
Rheem Manufacturing Co., )
Defendant )

**Order of Recusal**

IT IS ORDERED that the undersigned District Judge, to whom this matter has been assigned, hereby recuses himself pursuant to 28 U.S.C. § 455. Consistent with this Court's Internal Operating Procedure Number 2.16.00, this matter is **referred** to the Clerk of the Court for permanent reassignment to another Judge.

**Done and ordered** in chambers, at Miami, Florida, on June 5, 2014.

Robert N. Scola, Jr.
United States District Judge